IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAINT-GOBAIN CERAMICS & PLASTICS, INC., <br><br> Defendant. | Civil Action No. <br><br> Jury Trial Demanded |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Siemens Medical Solutions USA, Inc. (a nongovernmental corporate party) makes the following disclosure statement:

### I. Parent Corporations:

Siemens Corporation, which is not a publicly traded corporation, is the sole parent corporation of Siemens Medical Solutions USA, Inc. Siemens AG, which is a publicly traded corporation, is the indirect and ultimate parent of Siemens Corporation.

### II. Publicly Held Companies Owning 10% or More Of Its Stock:

None.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (I.D. No. 1014)
Maryellen Noreika (I.D. No. 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Plaintiff*
   *Siemens Medical Solutions USA, Inc.*

*Of Counsel*:

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

Date:  April 3, 2007

2