# UNITED STATES DISTRICT COURT

District of Delaware

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SAINT-GOBAIN CERAMICS & PLASTICS, INC.,<br><br>Defendant. | **SUMMONS IN A CIVIL CASE**<br><br>**CIVIL ACTION NO.:**<br>07 - 190 |

TO:   Saint-Gobain Ceramics & Plastics, Inc.
c/o The Corporate Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address):

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

an answer to the complaint which is served upon you with this summons, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____   APR 0 3 2007
CLERK                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  April 3, 2007 |
| NAME OF SERVER *(PRINT)*<br>Aaron Johnston | TITLE  Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served

☐ Name of person with whom the summons and complaint were left:

☐ Returned un executed:

☒ Other (specify):   Served defendant St. Gobain Ceramics & Plastics, Inc. by serving their registered agent, The Corporate Trust Company, 1209 Orange Street, Wilmington, DE  19801

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:   4.3.07
                  Date                           Signature and Address of Server

> c/o Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> Wilmington, DE  19801

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

781815.1