IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 07-190-SLR |
| v. | ) ) | |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) | |
| Defendant. | ) ) | |

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the time within which Defendant Saint-Gobain Ceramics & Plastics, Inc. shall move, answer or otherwise respond to the Complaint is extended to and including May 14, 2007.

/s/Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Maryellen Noreika (#3208)
mnoreika@mnat.com
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Attorneys for Plaintiff Siemens Medical
Solutions USA, Inc.

Dated: April 19, 2007

/s/Jeffrey L. Moyer
Jesse A. Finkelstein (#1090)
Finkelstein@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Defendant Saint-Gobain
Ceramics & Plastics, Inc.

Dated: April 19, 2007

SO ORDERED this _____ day of April, 2007.

_____
United States District Judge

RLF1-3141181-1