IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAINT-GOBAIN CERAMICS & PLASTICS, INC., <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 07-190 (SLR) ) ) JURY TRIAL DEMANDED ) ) ) ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Charanjit Brahma, Esquire and Gregg F. LoCascio, Esquire of Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, DC 20005, to represent Plaintiff Siemens Medical Solutions USA, Inc. in this matter.

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            */s/ Jack B. Blumenfeld*
                                            Jack B. Blumenfeld (I.D. No. 1014)
                                            Maryellen Noreika (I.D. No. 3208)
                                            1201 North Market Street
                                            P.O. Box 1347
                                            Wilmington, DE 19899
                                            (302) 658-9200
                                            jblumenfeld@mnat.com
                                            *Attorneys for Plaintiff*
                                                *Siemens Medical Solutions USA, Inc.*

Dated: June 6, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of is granted.

Dated: _____     _____
                                                                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: June 5, 2007

Charanjit Brahma
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
(202)879-5000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the Commonwealth of Virginia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: June 5, 2007

Gregg F. LoCascio
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
(202)879-5000

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Jesse A. Finkelstein, Esquire
>Jeffrey L. Moyer, Esquire
>Kelly E. Farnan, Esquire
>Richards, Layton & Finger, P.A.

I further certify that I caused to be served copies of the foregoing document on June 6, 2007 upon the following in the manner indicated:

Jesse A. Finkelstein, Esquire                                                      *VIA ELECTRONIC MAIL*
Jeffrey L. Moyer, Esquire                                                          *and HAND DELIVERY*
Kelly E. Farnan, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Frederick L. Whitmer, Esquire                                                     *VIA ELECTRONIC MAIL*
Thelen Reid Brown Raysman & Steiner LLP                                            *and FIRST CLASS MAIL*
875 Third Avenue
New York, NY  1002

>/s/ Jack B. Blumenfeld
>Jack B. Blumenfeld (I.D. No. 1014)