IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | 
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) |
| Defendant. | ) |

C.A. No. 07-190 (SLR)

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Siemens Medical Solutions USA, Inc.'s Rule 26(a)(1) Initial Disclosures* were caused to be served on July 3, 2007 upon the following in the manner indicated:

Kelly E. Farnan, Esquire                           *VIA ELECTRONIC MAIL*
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Frederick L. Whitmer, Esquire                      *VIA ELECTRONIC MAIL*
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, NY 1002

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (I.D. No. 1014)
Maryellen Noreika (I.D. No. 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiff*
   *Siemens Medical Solutions USA, Inc.*

*Of Counsel*:

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

July 5, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 5, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Jesse A. Finkelstein, Esquire
> Jeffrey L. Moyer, Esquire
> Kelly E. Farnan, Esquire
> Richards, Layton & Finger, P.A.

I also certify that copies were caused to be served on July 5, 2007 upon the following in the manner indicated:

### BY ELECTRONIC MAIL and HAND DELIVERY

Jesse A. Finkelstein, Esquire
Jeffrey L. Moyer, Esquire
Kelly E. Farnan, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

### BY ELECTRONIC MAIL

Frederick L. Whitmer, Esquire
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, NY  10022

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)