IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., Plaintiff, v. SAINT-GOBAIN CERAMICS & PLASTICS, INC., Defendant. | ) | C.A. No. 07-190 (SLR) |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65 (a), plaintiff Siemens Medical Solutions USA, Inc. ("Siemens Medical") hereby moves the Court for an Order preliminarily enjoining defendant Saint-Gobain Ceramics & Plastics, Inc. from infringing U.S. Patent No. 4,958,080, by making, using, selling, offering for sale or importing its lutetium-yttrium orthosilicate (LYSO) crystals for use in gamma ray or x-ray detectors, including in positron emission tomography (PET) scanners. The grounds for this motion are set forth in Siemens Medical's Opening Brief and the declarations submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (I.D. No. 1014)
Maryellen Noreika (I.D. No. 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
*Attorneys for Plaintiff*
*Siemens Medical Solutions USA, Inc.*

OF COUNSEL:

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

July 9, 2007
915437

**RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the defendant and that the parties have not been able to reach agreement.

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 9, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Jesse A. Finkelstein, Esquire
Jeffrey L. Moyer, Esquire
Kelly E. Farnan, Esquire
Richards, Layton & Finger, P.A.

I also certify that copies were caused to be served on July 9, 2007 upon the following in the manner indicated:

**BY EMAIL & HAND**

Jesse A. Finkelstein, Esquire
Jeffrey L. Moyer, Esquire
Kelly E. Farnan, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

**BY EMAIL**

Frederick L. Whitmer, Esquire
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, NY 10022

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)