# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) |
| Defendant. | ) |

C.A. No.  07-190 (SLR)

**REDACTED VERSION**

## <u>AFFIDAVIT OF NIRAJ DOSHI</u>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (I.D. No. 1014)
Maryellen Noreika (I.D. No. 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Plaintiff*
  *Siemens Medical Solutions USA, Inc.*

*Of Counsel*:

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Suite 1200
Washington, D.C. 20005-5793
(202) 879-5000

Original Filing: July 9, 2007
Redacted Filing: July 16, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-190 SLR |
| v. | ) ) | |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) | |
| Defendant. | ) | |

**AFFIDAVIT OF NIRAJ DOSHI**

I, Niraj Doshi, hereby declare:

1.    I am presently employed by Siemens Medical Solutions, Inc. ("Siemens") and have

been employed by Siemens or its predecessor, CTI, Inc. since July 2000.

2.    I have a Ph.D. in Biomedical Physics from the University of California, Los Angeles

(UCLA).

3.    On or about December 6, 2006, Siemens requested from the University of Tennessee

samples of lutetium-yttrium orthosilicate ("LYSO") crystals manufactured by Saint-Gobain

Ceramics & Plastics, Inc. ("Saint-Gobain") or its corporate affiliates.  On or about February

14, 2007, Siemens received samples that had been sold to the University of Tennessee by

Saint-Gobain along with what is, to the best of my knowledge, the March 24, 2004, invoice

(Exhibit A) under which these sample LYSO crystals were sold to the University by Saint-

1

Gobain. To the best of my knowledge, the quotation from Saint-Gobain to the University for this sale is attached as Exhibit B. The quotation indicates that the sample LYSO crystals from Saint-Gobain were produced in France.

4.    I and others under my supervision at Siemens tested these sample LYSO crystals to determine how similar their scintillation properties were to those of Siemens' patented lutetium oxyorthosilicate ("LSO") crystals. Particularly, Saint-Gobain's LYSO crystals were tested and compared to Siemens' LSO crystals for the following properties:

- density

- light output

- energy resolution

- excitation spectra

- emission spectra

- radioluminescence

- decay time

The results of these experiments are discussed below in paragraphs 8-14.

5.    The sample LYSO crystals obtained from Saint-Gobain were processed in the same manner as the LSO crystals Siemens uses in its own PET scanners. The two LYSO crystals were 1x1x0.5 cm, with no surface finishing (as cut).

6.    The tests performed by Siemens to measure these properties of the sample LYSO crystals were the same as those typically performed by Siemens on the LSO crystals Siemens uses in its own PET scanners. Thus, data for each of the characteristics listed above has also

been provided for Siemens' LSO crystals for purposes of determining whether the performance of LYSO crystals is substantially similar.  In order to maintain a relative comparison standard, LSO pixels taken from Siemens' production were tested on the same apparatus as that used to test the LYSO.  Siemens' also maintains a database of crystal slab measurements (including energy resolution and light output) as part of its quality control program.  These slabs are then cut into pixels which are then classified based on their light output characteristics into 5 categories.

7.      Siemens also sent portions of the sample crystals to an outside laboratory for destructive testing to determine the composition of the crystal.  The report of that laboratory is attached as Exhibit C.  The report indicates that the amount of yttrium in the LYSO crystals tested is approximately 4% by weight.

8.      To measure the density of the sample LYSO crystals, each crystal was weighed three times.  Using the buoyancy technique, samples of the LYSO were measured in air (dry mass) and in water (wet mass) at a known temperature in order to calculate their density.  The relationship between dry mass and wet mass is based on the Archimedes' principle.  In this case the formula is (dry mass * density of water at specific temperature) / (dry mass – wet mass).  Taking an average of the three measurements for each crystal, the two sample LYSO crystals had densities of 7.13 and 7.09 g/cc.  The raw weight measurements for the sample LYSO crystals are provided in the table attached as Exhibit D.  In comparison, the average density of one of Siemens' LSO crystals is ██████████

9.      To measure light output the samples were excited by a standard cesium-137 gamma ray source.  The scale used for the light output measurements is expressed in arbitrary units, with

3

the light output of bismuth germinate ("BGO") being assigned a light output value of 100. Two of Saint-Gobain's crystals and four of Siemens' crystals were tested in this manner. These tests on the two Saint-Gobain crystals showed light outputs of 573 and 564. For comparison, the tests on the four Siemens' crystals showed light outputs of ███████████ and ███ The raw measurements for these tests are provided in the table attached as Exhibit E.

10. From the light output tests, the energy resolution was calculated as the full width at half maximum of the 662 KeV gamma ray peak. Two of Saint-Gobain's crystals and four of Siemens' crystals were tested in this manner. The energy resolution for the tests on the two Saint-Gobain crystals showed energy resolutions of 8.1 and 9.4 percent. For comparison, the energy resolution for the tests on the four Siemens' crystals showed energy resolutions of ███ and ███, and ███ percent. The raw measurements for these tests are provided in the table attached as Exhibit E.

11.    The excitation spectra of the sample crystals was characterized for ~420 nm emissions. The crystals were exposed to 250-400 nm wavelengths. Two of Saint-Gobain's crystals and four of Siemens' crystals were tested in this manner. A graph showing the results for these tests is included in Exhibit F. The data was normalized to the highest intensity peak for each crystal spectra.

12.    The emission spectra of the sample crystals upon excitation by ultraviolet light was characterized in two tests, one using 300 nm excitation and another using 350 nm excitation. Two of Saint-Gobain's crystals and four of Siemens' crystals were tested in this manner. Graphs showing the results for these tests are included in Exhibit G. Again, the data was normalized to the highest intensity peak.

4

13.     Radioluminescene measurements for the sample crystals were taken using a 35-kV, 100-μA, x-ray generator, and the emission intensity was measured along with the emission wavelength. Two of Saint-Gobain's crystals and two of Siemens' crystals were tested in this manner. A graph showing the results for these tests is included in Exhibit H. The data was normalized to 1 for intensity.

14.     To measure the scintillation decay time for the crystals, crystal samples were excited with standard cesium-137 and the intensity of emissions was measured versus time. A time-correlated, single photon technique was used. Scintillation decay is exponential, and scintillation decay time is defined as the time required for scintillation emissions to decrease to $1/e$ of the maximum emission intensity. The following equation was fit to the data points to determine the scintillation decay time, $t_1$:

$$y = A1 * \exp(-x/t_1) + y0$$

Two of Saint-Gobain's crystals and two of Siemens' crystals were tested in this manner. The resulting graphs and calculations for these four tests are included in Exhibit I. For Saint-Gobain's two sample LYSO crystals, the calculated decay times were 39.2 and 39.9 nanoseconds. For Siemens' two LSO sample crystals, the calculated decay times were ███ and ███ nanoseconds.

15.     Based on my knowledge of the industry, I am unaware of any scintillation crystal manufacturer other than Saint-Gobain that is offering LYSO crystals in commercial quantities and grades. The basis of this knowledge comes from industry contacts, review of scientific literature, trade journals, and conferences and meetings.

I hereby declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my personal knowledge.

Date: _June 25_ , 2007                    _____
                                                      Niraj Doshi, Ph.D.


State of Tennessee: SS

Subscribed and sworn before me, in my presence, this 25 day of June, 2007.


_____
                    Notary Public, Knox County, TN

My commission expires _02-03-2010_ .

JOY M. PAVLIS
STATE
OF
TENNESSEE
NOTARY
PUBLIC
KNOX COUNTY
My Commission Expires February 3, 2010

6

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 9, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Jesse A. Finkelstein, Esquire
> Jeffrey L. Moyer, Esquire
> Kelly E. Farnan, Esquire
> Richards, Layton & Finger, P.A.

I also certify that copies were caused to be served on July 9, 2007 upon the following in the manner indicated:

### BY EMAIL & HAND

> Jesse A. Finkelstein, Esquire
> Jeffrey L. Moyer, Esquire
> Kelly E. Farnan, Esquire
> Richards, Layton & Finger, P.A.
> One Rodney Square
> Wilmington, DE  19801

### BY EMAIL

> Frederick L. Whitmer, Esquire
> Thelen Reid Brown Raysman & Steiner LLP
> 875 Third Avenue
> New York, NY  10022

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 16, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Jesse A. Finkelstein, Esquire
Jeffrey L. Moyer, Esquire
Kelly E. Farnan, Esquire
Richards, Layton & Finger, P.A.

I also certify that copies were caused to be served on July 16, 2007 upon the following in the manner indicated:

### BY ELECTRONIC MAIL and HAND DELIVERY

Jesse A. Finkelstein, Esquire
Jeffrey L. Moyer, Esquire
Kelly E. Farnan, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

### BY ELECTRONIC MAIL

Frederick L. Whitmer, Esquire
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, NY 10022

*/s/ Maryellen Noreika (#3208)*
Maryellen Noreika (#3208)

EXHIBIT A

SAINT-GOBAIN
RYSTALS & DETECTORS

801 COCHRAN ROAD, SOLON, OH 44139
TELEPHONE (440) 349-7600  FAX (440) 349-6581
Saint-Gobain Ceramics & Plastics, Inc.
REMIT TO:    P.O. BOX 641218
             Pittsburgh, PA 15264-1218

| | Date | NO. 338Number. | 1/1 |
|---|---|---|---|
| | Sales Order | 1/07/04 | 78771 |

Ship Via  UPS
F.O.B.    NEWBURY, OHIO
Ship Term PREPAID

Bill To:
    2637 UNIVERSITY OF TENNESSEE
         NUCLEAR ENGINEERING
         1004 ESTABROOK

         KNOXVILLE        TN 37996

Ship To:
         UNIVERSITY OF TENNESSEE
         ATTN:  WILLIAM F.HOLIWAY
         308 DAUGHERTY HALL

         KNOXVILLE        TN 37996

| Payment Terms | Sales Rep # 200 | Cust PO |
|---|---|---|
| VISA | | VISA |

| Line | Qty | Part Number | Description | Unit Price | Value |
|---|---|---|---|---|---|
| FAX: 865-974-0880 | | | WILLIAM HOLIWAY | | |
| PHONE: 865-974-5264 | | | | | |
| GM-03-3584 | | | | | |
| VISA  4715 7804 0000 5232 | | | EXP 01/05 | | |
| 10 | 2 | 100-1769 | LYSO 5mm X 10mm X 10mm | 1000.000 | 2000.00 |

APPROVED 010843

ALL FUNDS PAYABLE IN US $    UPS # 1Z 490 752 034 435 69 19

THESE COMMODITIES LICENSED BY THE
UNITED STATES FOR ULTIMATE DESTINATION

AND FOR DISTRIBUTION OR RESALE IN

DIVERSION CONTRARY TO U. S. LAW PRO-
HIBITED, USA unless otherwise designated.

------ FOR EXPORT ONLY ------

United States law prohibits disposition
of these commodities to communist con-
trolled areas of Vietnam and Cambodia,
Cuba or North Korea, unless otherwise
authorized by the United States.

| | |
|---|---|
| Sale Amount | 2000.00 |
| Misc Amount | .00 |
| Sales Tax | .00 |
| Freight | .00 |
| TOTAL | 2000.00 |

UNLESS OTHERWISE NOTED, INTEREST OF 1 1/2% PER MONTH OR 18% PER ANNUM
WILL BE CHARGED ON ANY UNPAID BALANCE PAST DUE.
The goods covered by this document were manufactured in compliance with
the Fair Labor Standards Act of 1938, as amended.

ORIGINAL INVOICE

SAINT-GOBAIN
CRYSTALS & DETECTORS
Saint-Gobain Ceramics & Plastics, Inc.

12345 KINSMAN RD, NEWBURY, OH   44065
TEL 440-564-2251   FAX 440-564-8047

| Sales Order | | |
| Packing List | 3/23/04 | 78771 |
| Order | 1/07/04 | |

Ship Via      UPS
F.O.B.      NEWBURY, OHIO
Ship Term PREPAID

Ship To:
       UNIVERSITY OF TENNESSEE
       ATTN:  WILLIAM F.HOLIWAY
       308 DAUGHERTY HALL

       KNOXVILLE      TN 37996

| Payment Terms | Sales Rep # | 4200 | Cust PO |
| VISA | | | VISA |

|  | Order | Backord | | | | Shipped |
| Line | Qty. | Qty. | U/M | Part Number | Description | Qty |
| | FAX: 865-974-0880 | | WILLIAM HOLIWAY | | | |
| | PHONE: 865-974-5264 | | | | | |
| | GM-03-3584 | | | | | |
| 10 | 2.0 | .0 | EA | 100-1769 | LYSO 5mm X 10mm X 10mm | 2.0 |

Crystals

Charge to RO11316041 - 4001550

No of Cartons _____1_____   Weight __3#__   Carrier __UPS H 293__  Date Shipped __3/23/5__

Remarks: __15x11x12__

PACKING LIST

EXHIBIT B



## SAINT-GOBAIN
### CRYSTALS & DETECTORS

### QUOTATION

TO:    Claudia Rawn
       University of Tennessee
       Nuclear Engineering Dept
       315 Pasqua Engr Bldg
       Knoxville, TN 37996-2300
       USA

*Univ of Tennessee*
*Attn: William F. Holiway*
*308 Dougherty Hall*
*Knoxville, TN*
*37996*

**QUOTATION NO.:**    GM-03-3584

**CUSTOMER REF #:**

**DATE:**    December 08, 2003

**PAYMENT TERMS:**    Net 30

**SHIPPING TERMS:**    ~~FOB - Newbury~~
\* *UTK Destination*

**FAX NO.:**    +1 (865) 9744115

**PHONE:**    +1 (865) 974-5340

Please refer to top quote # when placing order.
\* *Thanks for taking care of shipping.*

Customer Notes:

| ITEM | QTY | DESCRIPTION | UNIT PRICE US $ | TOTAL PRICE US $ |
|---|---|---|---|---|
| 1 | 2 | LYSO 5mmx10mmx10mm Not Polished    *rec 3/25/04* | $ 1,000.00 | $ 2,000.00 |
| | | Shipment after receipt of order in          8-10 Weeks Minimum Order Amount:          $500.00 NOTE: Lead times are based on our current workloads. A firm delivery date will provided at the time of order. | | |
| | | | TOTAL : | $ 2,000.00 |

NOTE: The prices quoted herein are valid for:    60  days

Product contains 100% new material.

Country of Origin:    France

Scintillation Materials:    France

Assembly & Test:

By: _____
Margaret DeLuca, Customer Service Representative
Saint-Gobain Crystals & Detectors

cc: David Stadelman  Dominique Rothan  Sandra Clarke

Saint-Gobain Crystals & Detectors
12345 Kinsman Road    Newbury, Ohio 44065    Tel: (440) 564-2251    Fax: (440) 564-8047
Saint-Gobain Ceramics & Plastics, Inc.

EXHIBIT C



TEST REPORT

**NORTHERN ANALYTICAL LABORATORY, INC.**

23 Depot St., Merrimack, NH 03054

Phone: (603) 429-9500

FAX: (603) 429-9471

Dr. Piotr Szupryczynski

Siemens Medical Solutions, USA

Molecular Imaging

203 Dunavant Dr.

Rockford, TN 37853

| | | | |
|---|---|---|---|
| **RECEIVED** | 2/26/07 | **SAMPLE NUMBER** | GI35782 |
| **IDENT AS** | See below | **REPORT DATE** | 2/27/07 |
| **MATERIAL** | $(LuY)_2SiO_5$ | **PAGE** | 1 of 1 |
| **CONDITION** | Solid | **CLIENT ORDER** | |
| **TEST TO** | | | |
| **TEST PER** | TP-ICP1 | | |

---

**Method:**                    **ICP-MS analysis**

| **Sample I.D.** | **Y(wt%)** |
|---|---|
| 24 LYS 013-1 S#2 | $4.14 \pm 0.1$ |

Analysis By:    Peter S. Dickson
                Analytical Chemist

Approved By:    William A. Guidoboni
                Sr. Analytical Chemist




This test report shall not be reproduced, except in full, without the written consent of Northern Analytical Laboratory. The recording of false, fictitious, or fraudulent statements/entries on the certificate may be punished as a felony under federal law.



## Glow Discharge Mass Spectroscopy
### NORTHERN ANALYTICAL LABORATORY, INC.

23 Depot St., Merrimack, NH 03054
Phone: (603) 429-9500          FAX: (603) 429-9471
www.northernanalytical.com

| | |
|---|---|
| SAMPLE NO. | GI35782 |
| FILE NO. | 4SIEM1 |
| DATE: | 2/27/2007 |

Piotr Szupryczynski Ph.D.          Lu2SiO5
Siemens Medical Solutios
203 Dunavant Dr.                                          PO #
Rockford, TN 37853          # 24LYS013-2

| ANALYSIS | ppmw | ANALYSIS | ppmw | ANALYSIS | ppmw |
|---|---|---|---|---|---|
| H | | Zn | <0.5 | Pr | 0.03 |
| Li | <0.05 | Ga | <0.5 | Nd | 0.07 |
| Be | <0.05 | Ge | <0.5 | Sm | 0.09 |
| B | 0.09 | As | <0.5 | Eu | 0.70 |
| C | | Se | | Gd | 0.30 |
| N | | Br | | Tb | 0.65 |
| O | Major | Rb | | Dy | 0.20 |
| F | <1 | Sr | | Ho | 0.52 |
| Na | 0.75 | Y | Major | Er | 0.10 |
| Mg | 0.15 | Zr | 0.15 | Tm | 0.04 |
| Al | 1.9 | Nb | <0.1 | Yb | 14 |
| Si | Major | Mo | ≤0.1 | Lu | Major |
| P | 0.35 | Ru | | Hf | <0.1 |
| S | 2.5 | Rh | | Ta | <5 |
| Cl | 6.0 | Pd | | W | <0.5 |
| K | 0.40 | Ag | <0.5 | Re | |
| Ca | 6.0 | Cd | | Os | |
| Sc | <0.1 | In | | Ir | ≤0.5 |
| Ti | 0.16 | Sn | 0.15 | Pt | <0.5 |
| V | 0.01 | Sb | <0.1 | Au | <5 |
| Cr | 0.20 | Te | <0.5 | Hg | |
| Mn | 0.020 | I | | Tl | |
| Fe | 1.1 | Cs | | Pb | 0.04 |
| Co | <0.05 | Ba | <0.5 | Bi | ≤0.1 |
| Ni | 0.065 | La | 0.10 | Th | <0.01 |
| Cu | ≤0.1 | Ce | 600 | U | 0.10 |

**All other elements <0.1ppmw, each**




ANALYSIS BY:          William A. Guidoboni/ Sr. Analytical Chemist
                                               Name/Function
APPROVED BY:          Richard J. Guidoboni / President
                                               Name/Function

This test report shall not be reproduced, except in full, without the written approval of Northern Analytical Laboratory.
The recording of false, fictitious, or fraudulent statements/entries on the certificate may be punished as a felony under federal law.

EXHIBIT D

## Measurements on Saint Gobain Crystals

| Sample ID | Dry Mass [g] | Wet Mass [g] | Water Density at 22.3C | Crystal Density [g/cc] |
|---|---|---|---|---|
| Saint Gobain 013-1#1 | 3.7213 | 3.2007 | 0.997704942 | 7.13169305 |
| Saint Gobain 013-1#2 | 3.7213 | 3.2004 | 0.997704942 | 7.12758572 |
| Saint Gobain 013-1#3 | 3.7211 | 3.2004 | 0.997704942 | 7.129940197 |
| | | | Average: | 7.129739656 |
| | | | | |
| Saint Gobain 013-2#1 | 3.7204 | 3.1969 | 0.997704942 | 7.090470806 |
| Saint Gobain 013-2#2 | 3.7203 | 3.1972 | 0.997704942 | 7.095701963 |
| Saint Gobain 013-2#3 | 3.7201 | 3.1972 | 0.997704942 | 7.098034339 |
| | | | Average: | 7.094735703 |

EXHIBIT E

# Relative Light Output Measurements

Cs137 (662eV)

| Sample ID | Light Output (photopeak position) [ch MCA] | FWHM [ch MCA] | ER ΔE/E [%] |
|---|---|---|---|
| LYSO Saint Gobain 013-01 | 573 | 53.93 | 9.411867 |
| LYSO Saint Gobain 013-02 | 564 | 45.87 | 8.132979 |
| LSO Ref#1 | ▮ | ▮ | ▮ |
| LSO Ref#2 | ▮ | ▮ | ▮ |
| LSO Ref#3 | ▮ | ▮ | ▮ |
| LSO Ref#4 | ▮ | ▮ | ▮ |
| BGO | 100 | 11.92 | 11.92 |

EXHIBIT F



Exicitation spectra of 420nm emission

LSO S1
LSO S2
LSO S3
LSO S4
LYSO 013-1
LYSO 013-2

EXHIBIT G



Emission spectra under 300nm excitation

LSO S1
LSO S2
LSO S3
LSO S4
LYSO 013-1
LYSO 013-2



Emission spectra under 350nm excitation

EXHIBIT H



EXHIBIT I



Decay time measurements

Excitation Cs$^{137}$

Data: LYSO0131_B
Model: ExpDec1
Equation: y = A1*exp(-x/t1) + y0
Weighting
y          No weighting

Chi^2/DoF      = 418.70427
R^2      = 0.9996

y0      9.79394      ±0.49359
A1      49008.81969      ±96.61201
t1      39.16437      ±0.0364





Decay Time Measurements



### Decay Time Measurements

LSO Ref#2

FIT

Data: LSORef2_B
Model: ExpDec1
Equation: y = A1*exp(-x/t1) + y0
Weighting:
y          No weighting

Chi^2/DoF    = 417.59389
R^2   =  0.9996

y0          ±0.69658
A1          ±129.40107
t1          ±0.05285

Intensity, arb. units

Excitation Cs$^{137}$

Time, ns