IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. No. 07-190-SLR |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) ) |
| Defendant. | ) |

### ORDER

At Wilmington this 26th day of July, 2007, plaintiff having filed a motion for preliminary injunction on July 9, 2007 (D.I. 18);

IT IS ORDERED that a teleconference regarding said motion shall be held on **Thursday, August 9, 2007, at 9:00 a.m.** Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge