IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 07-190-SLR |
| v. | ) ) | |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) ) | |
| Defendant. | ) | |

## STIPULATION TO EXTEND TIME

WHEREAS, Plaintiff Siemens Medical Solutions USA, Inc. ("Siemens") filed a Motion for Preliminary Injunction (the "Motion") along with an opening brief and supporting affidavits on July 9, 2007, and

WHEREAS, counsel for the parties have conferred and agreed upon a proposed schedule for briefing and submitting the motion for the Court's consideration.

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel that the following schedule shall control further briefing and submission of the Motion to the Court.

1.  On or before Friday, July 27, 2007, the parties will simultaneously exchange narrowly-tailored discovery requests directed to issues raised by the Motion;

2.  The parties will provide written responses and produce documents responsive to the discovery requests on or before August 17, 2007;

3.  If defendant Saint-Gobain Ceramics & Plastics, Inc. ("Saint-Gobain") intends to raise issues of validity, on or before August 31, 2007, it shall identify prior art upon which it may rely, with the understanding that Saint-Gobain shall not be precluded from relying

RLF1-3183353-1

in its opposition on additional prior art which it learns about after August 31, 2007, provided that it identifies that prior art to Siemens promptly after learning about it;

4. During the period of September 1-30, 2007, defendant Saint-Gobain Ceramics & Plastics, Inc. ("Saint-Gobain") shall be entitled to depose any affiant who has submitted testimony in support of the Motion.

5. On September 28, 2007, Saint-Gobain will identify the affiants who will provide testimony in support of its answering briefing opposing the Motion.

6. Saint-Gobain shall serve and file its answering brief and supporting affidavits, if any, in opposition to the Motion on or before October 10, 2007.

7. During the period of October 12-29, 2007, Siemens shall be entitled to depose any affiants identified by Saint-Gobain.

8. Siemens shall serve and file its reply brief on or before October 29, 2007.

9. The parties prepared the schedule with the hope that the Court's calendar would allow a hearing on the Motion in early November 2007 and will keep the weeks of November 5 and November 12, 2007 open until they are advised by the Court as to the date and time for a hearing on the Motion.

/s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Maryellen Noreika (#3208)
mnoreika@mnat.com
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Attorneys for Plaintiff Siemens Medical Solutions USA, Inc.

Dated: July 27, 2007

/s/Jeffrey L. Moyer
Jesse A. Finkelstein (#1090)
Finkelstein@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Defendant Saint-Gobain Ceramics & Plastics, Inc.

Dated: July 27, 2007

SO ORDERED this _____ day of July 2007.

_____
United States District Judge