IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAINT-GOBAIN CERAMICS & PLASTICS, )<br>INC., )<br>)<br>Defendant. ) | C.A. No. 07-190 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Plaintiff's First Set Of Requests For Admission To Defendant* (ii) *Plaintiff's First Set Of Interrogatories To Defendant* and (iii) *Plaintiff's First Set Of Document Requests To Defendant* were caused to be served on July 27, 2007 upon the following in the manner indicated:

Kelly E. Farnan, Esquire                    *VIA ELECTRONIC MAIL*
Richards, Layton & Finger, P.A.             *and FEDERAL EXPRESS*
One Rodney Square
Wilmington, DE  19801

Frederick L. Whitmer, Esquire               *VIA ELECTRONIC MAIL*
Thelen Reid Brown Raysman & Steiner LLP     *and FEDERAL EXPRESS*
875 Third Avenue
New York, NY  1002

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*
Jack B. Blumenfeld (I.D. No. 1014)
Maryellen Noreika (I.D. No. 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiff*
  *Siemens Medical Solutions USA, Inc.*

*Of Counsel*:

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

July 27, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 27, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Jesse A. Finkelstein, Esquire
>Jeffrey L. Moyer, Esquire
>Kelly E. Farnan, Esquire
>Richards, Layton & Finger, P.A.

I also certify that copies were caused to be served on July 27, 2007 upon the following in the manner indicated:

### BY ELECTRONIC MAIL and HAND DELIVERY

>Jesse A. Finkelstein, Esquire
>Jeffrey L. Moyer, Esquire
>Kelly E. Farnan, Esquire
>Richards, Layton & Finger, P.A.
>One Rodney Square
>Wilmington, DE 19801

### BY ELECTRONIC MAIL

>Frederick L. Whitmer, Esquire
>Thelen Reid Brown Raysman & Steiner LLP
>875 Third Avenue
>New York, NY 10022

>*/s/ Maryellen Noreika*
>Maryellen Noreika (#3208)