IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) | |
| Plaintiff/ Counterclaim-Defendant, | ) ) | C.A. No. 07-190-SLR |
| v. | ) ) | |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) | JURY TRIAL DEMANDED |
| Defendant/Counterclaim-Plaintiff. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 27, 2007 First Set of Request for Documents on Behalf of Saint-Gobain Ceramics & Plastics, Inc. were served upon the following counsel of record at the addresses and in the manner indicated:

| **BY E-MAIL and HAND DELIVERY** | **BY E-MAIL and FEDERAL EXPRESS** |
|---|---|
| Jack B. Blumenfeld | Gregg F. LoCascio |
| Maryellen Noreika | Charanjit Brahma |
| Morris, Nichols, Arsht & Tunnell LLP | Sean M. McEldowney |
| 1201 North Market Street | Kirkland & Ellis LLP |
| Wilmington, DE 19899 | 655 15th Street, N.W. |
| | Washington, DC 20005-5793 |

/s/ Kelly E. Farnan
Jesse A. Finkelstein (#1090)
Finkelstein@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant/ Counterclaim-Plaintiff Saint-Gobain Ceramics & Plastics, Inc.*

OF COUNSEL:

Frederick L. Whitmer
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, NY 10022
(212) 603-2000

Dated: July 30, 2007

RLF1-3174502-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

**BY HAND DELIVERY**

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

I hereby certify that on July 30, 2007, the foregoing document was sent to the following non-registered participants in the manner indicted:

**BY FEDERAL EXPRESS**

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005-5793

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)

RLF1-3151112-1