# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-190 (SLR) |
| | ) |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Responses to First Set of Requests for Documents On Behalf of Saint-Gobain Ceramics & Plastics, Inc.* were caused to be served on August 17, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire | *VIA ELECTRONIC MAIL* |
| Richards, Layton & Finger, P.A. | *and FEDERAL EXPRESS* |
| One Rodney Square | |
| Wilmington, DE  19801 | |
| | |
| Frederick L. Whitmer, Esquire | *VIA ELECTRONIC MAIL* |
| Thelen Reid Brown Raysman & Steiner LLP | *and FEDERAL EXPRESS* |
| 875 Third Avenue | |
| New York, NY  1002 | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (I.D. No. 1014)
Maryellen Noreika (I.D. No. 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiff*
  *Siemens Medical Solutions USA, Inc.*

*Of Counsel*:

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

August 17, 2007

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 17, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Jesse A. Finkelstein, Esquire
> Jeffrey L. Moyer, Esquire
> Kelly E. Farnan, Esquire
> Richards, Layton & Finger, P.A.

I also certify that copies were caused to be served on August 17, 2007 upon the following in the manner indicated:

> **BY ELECTRONIC MAIL and HAND DELIVERY**
>
> Jesse A. Finkelstein, Esquire
> Jeffrey L. Moyer, Esquire
> Kelly E. Farnan, Esquire
> Richards, Layton & Finger, P.A.
> One Rodney Square
> Wilmington, DE  19801
>
> **BY ELECTRONIC MAIL**
>
> Frederick L. Whitmer, Esquire
> Thelen Reid Brown Raysman & Steiner LLP
> 875 Third Avenue
> New York, NY  10022

>                    */s/ Jack B. Blumenfeld (#1014)*
>                    Jack B. Blumenfeld (I.D. No. 1014)