IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 07-190-SLR |
| v. | ) ) | |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) | |
| Defendant. | ) ) | |

### STIPULATED AMENDED SCHEDULE ON
### MOTION FOR PRELIMINARY INJUNCTION

WHEREAS, Plaintiff Siemens Medical Solutions USA, Inc. ("Siemens") filed a Motion for Preliminary Injunction (the "Motion") along with an opening brief and supporting affidavits on July 9, 2007, and

WHEREAS, counsel for the parties conferred and submitted a schedule to the Court on July 27, 2007;

WHEREAS the Court approved the schedule on August 8, 2007 and set a hearing on the Motion for November 27, 2007 at 10:00 a.m.;

WHEREAS, Saint-Gobain has requested an extension of the date for submitting its answering brief and any supporting affidavits, and the parties have conferred and agreed to amend the schedule for submission of briefing on the Motion;

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel, subject to the approval of the Court, that the August 8, 2007 schedule shall be amended as follows:

1. Saint-Gobain shall serve and file its answering brief and supporting affidavits, if any, in opposition to the Motion on or before October 17, 2007. The brief shall be

served by e-mail on October 17, 2007 with hard copies sent for delivery by Federal Express for morning delivery on October 18, 2007.

2. During the period of October 17- November 5, 2007, Siemens shall be entitled to take the depositions of the affiants submitting declarations on behalf of Defendant, who have previously been identified by Saint-Gobain.

3. Siemens shall serve and file its reply brief on or before November 5, 2007. The brief shall be served by e-mail on November 5, 2007 with hard copies sent for delivery by Federal Express on November 6, 2007.

4. The hearing on Plaintiff's motion for a preliminary injunction will proceed on November 27, 2007 as previously scheduled.

| /s/Maryellen Noreika | Kelly E. Farnan |
|---|---|
| Jack B. Blumenfeld (#1014) | Jesse A. Finkelstein (#1090) |
| jblumenfeld@mnat.com | Finkelstein@rlf.com |
| Maryellen Noreika (#3208) | Jeffrey L. Moyer (#3309) |
| mnoreika@mnat.com | Moyer@rlf.com |
| Morris, Nichols, Arsht & Tunnell LLP | Kelly E. Farnan (#4395) |
| 1201 North Market Street | Farnan@rlf.com |
| P.O. Box 1347 | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19899 | One Rodney Square, P.O. Box 551 |
| (302) 658-9200 | Wilmington, DE 19899 |
|  | (302) 651-7700 |
| *Attorneys for Plaintiff Siemens Medical Solutions USA, Inc.* | *Attorneys for Defendant Saint-Gobain Ceramics & Plastics, Inc.* |
| Dated: October 5, 2007 | Dated: October 5, 2007 |

SO ORDERED this _____ day of October 2007.

_____
United States District Judge