IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-190 (SLR) |
| ) | |
| SAINT-GOBAIN CERAMICS & PLASTICS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Notice of Deposition of Michael R. Mayhugh* were caused to be served on October 22, 2007 upon the following in the manner indicated:

Kelly E. Farnan, Esquire                                   *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

Frederick L. Whitmer, Esquire                              *VIA ELECTRONIC MAIL*
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, NY 1002

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            /s/ Jack B. Blumenfeld
                                            _____
                                            Jack B. Blumenfeld (#1014)
                                            Maryellen Noreika (#3208)
                                            1201 North Market Street
                                            P.O. Box 1347
                                            Wilmington, DE 19899
                                            (302) 658-9200
                                            jblumenfeld@mnat.com
                                            mnoreika@mnat.com
                                            *Attorneys for Plaintiff*
                                               *Siemens Medical Solutions USA, Inc.*

*Of Counsel*:

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

October 22, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 22, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on October 22, 2007 upon the following in the manner indicated:

### BY ELECTRONIC MAIL and HAND DELIVERY

Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

### BY ELECTRONIC MAIL

Frederick L. Whitmer, Esquire
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, NY 10022

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)