RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JEFFREY L. MOYER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7525
MOYER@RLF.COM

October 26, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:   **Siemens Medical Solutions USA, Inc. v. Saint-Gobain Ceramics & Plastics, Inc., C.A. No. 07-190-SLR**

Dear Judge Robinson:

On behalf of Defendant Saint-Gobain Ceramics and Plastics, Inc., ("Saint-Gobain") I write to advise Your Honor that yesterday we filed an amended and corrected brief, opposing Plaintiff's application for preliminary injunctive relief, which application is to be heard on November 27, 2007 at 5:00 p.m. The amended and corrected brief should be the version that Your Honor should consider in connection with the November 27 hearing. This brief differs in only one respect from our original filing on October 17, 2007. We have deleted the original footnote 14 in this version because it contained an inadvertent misstatement of fact.

The error resulted from our being unaware of the contents of certain documents that Siemens had delivered to our co-counsel, Thelen Reid Brown Raysman & Steiner LLP, but which were misdirected by their mail room to a storage site without either being opened or sent to attorneys working on this matter. Our co-counsel became aware of this when Siemens asked for the return of certain documents contained in that production by virtue of Siemens' assertion of the inadvertent disclosure of assertedly privileged material. When our co-counsel, Mr. Whitmer, directed his colleagues to collect those documents and return them, they could not locate any such documents in the Siemens' production of which they were aware. They located these materials, ultimately, in a storage area unrelated to this case. For the inconvenience to Siemens and the Court, we apologize. We have now returned to Siemens the requested documents, and corrected the factual predicates for our arguments.

The Honorable Sue L. Robinson
October 26, 2007
Page 2

      We, along with our co-counsel, look forward to appearing on November 27 for argument. In the meantime, if Your Honor has any questions regarding the foregoing, counsel is available at the Court's convenience.

                                        Respectfully,

                                        Jeffrey L. Moyer (#3309)

JLM:jab
cc:   Jack B. Blumenfeld, Esq. (via e-mail and hand delivery)
       Maryellen Noreika, Esq., (via e-mail and hand delivery)
       Gregg F. LoCascio, Esq. (via e-mail and Federal Express)
       Charanjit Brahma, Esq. (via e-mail and Federal Express)

RLF1-3217263-1