UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

----------------------------------X

SIEMENS MEDICAL SOLUTIONS USA,
INC.,

          Plaintiff,

v.

SAINT-GOBAIN CERAMICS & PLASTICS,
INC.,

          Defendant.

----------------------------------X

Civil Action No. 07-190 (SLR)

**REDACTED
PUBLIC VERSION**

## DECLARATION OF FREDERICK L. WHITMER

Frederick L. Whitmer, of full age, declares as follows:

1. I am a member of the firm of Thelen Reid Brown Raysman & Steiner LLP, counsel for Defendant Saint-Gobain Ceramics & Plastics, Inc., ("Saint-Gobain") in the above-captioned action. I have been admitted pro hac vice to appear for Saint-Gobain in this action. I submit this declaration upon personal knowledge, in support of Defendant's Motion in Opposition to Plaintiff's Application for a Preliminary Injunction.

2. Attached hereto as Exhibit A are true copies of pages from the transcript of the deposition of Markus Lusser taken in this action, which pages are referenced in Saint-Gobain's memorandum of law..

3. Attached hereto as Exhibit B are a true copies of pages from the transcript of the deposition of Marvin J. Weber, Ph. D, which pages are referenced in Saint-Gobain's memorandum of law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2007.

                                          _____
                                          FREDERICK L. WHITMER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

## BY ELECTRONIC MAIL AND HAND DELIVERY

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

I hereby certify that on October 30, 2007, the foregoing document was sent to the following non-registered participants in the manner indicted:

## BY ELECTRONIC MAIL AND FEDERAL EXPRESS

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005-5793

                                        _____
                                        Kelly E. Farnan (#4395)

RLF1-3151112-1

# EXHIBIT A

# REDACTED IN ITS ENTIRETY

# EXHIBIT B

# REDACTED IN ITS ENTIRETY