IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAINT-GOBAIN CERAMICS & PLASTICS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C. A. No. 07-190 (SLR) ) ) ) ) ) ) |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the page length of Plaintiff's Reply Brief In Support Of Its Motion For Preliminary Injunction may be extended up to three pages (23 pages total).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*

Jesse A. Finkelstein (#1090)
Jeffrey L. Moyer (#3309)
Kelly E. Farnan (#4395)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
finkelstein@rlf.com
moyer@rlf.com
farnan@rlf.com

*Attorneys for Defendant*

SO ORDERED this _____ day of November, 2007.

_____