SEALED DOCUMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) |
| Plaintiff/ Counterclaim-Defendant, | ) ) ) ) |
| v. | ) C.A. No. 07-190-SLR ) |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) JURY TRIAL DEMANDED ) |
| Defendant/Counterclaim-Plaintiff. | ) ) ) |

## ORDER

WHEREAS, Defendant Saint-Gobain Ceramics & Plastics, Inc. has moved the Court to dismiss the action for lack of standing, and the Court has considered the Motion to Dismiss, for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

_____
U.S. District Court Judge

RLF1-3231309-2