UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
----------------------------------X

SIEMENS MEDICAL SOLUTIONS USA,
INC.,

              Plaintiff,

v.

SAINT-GOBAIN CERAMICS & PLASTICS,
INC.,

              Defendant.

----------------------------------X

Civil Action No. 07-190 (SLR)

**REDACTED - PUBLIC VERSION**

### DECLARATION OF FREDERICK L. WHITMER

    Frederick L. Whitmer, of full age, declares as follows:

1.    I am a member of Thelen Reid Brown Raysman & Steiner LLP, counsel for Defendant Saint-Gobain Ceramics & Plastics, Inc.,("Saint-Gobain") in the above-captioned action. I have been admitted pro hac vice to appear for Saint-Gobain in this action. I submit this declaration upon personal knowledge, in support of Defendant's Motion to Dismiss for Lack of Standing.

2.    Attached hereto as Exhibit A is a true and correct copy of the Exclusive Patent License and Technology Agreement between Schlumberger and CTI, Inc.

3.    Attached hereto as Exhibit B is a true and correct copy of a letter dated October 31, 2007 from Frederick L. Whitmer, Esq. to Gregg F. LoCascio, Esq.

4.    Attached hereto as Exhibit C is a true and correct copy of a letter dated November 2, 2007 from Gregg F. LoCascio, Esq. to Frederick L. Whitmer, Esq.

5.    Attached hereto as Exhibit D is a true and correct copy of a letter dated November 9, 2007 from Frederick L. Whitmer, Esq. to Gregg F. LoCascio, Esq.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on December 6, 2007.

                                                      _____
                                                      FREDERICK L. WHITMER

# EXHIBIT A
# HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT B
# HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT C
# HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT D
# HAS BEEN REDACTED IN ITS ENTIRETY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

**BY E-MAIL AND HAND DELIVERY**

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19899

I hereby certify that on December 10, 2007, the foregoing document was sent to the following non-registered participants in the manner indicted:

**BY E-MAIL AND FEDERAL EXPRESS**

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC  20005-5793

_____
Kelly E. Farnan (#4395)

RLF1-3151112-1