IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 07-190 (SLR) |
| v. | ) ) | |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) ) | |
| Defendant. | ) | |

**STIPULATED AMENDED SCHEDULE TO EXTEND DEADLINE
TO FILE MOTIONS TO JOIN PARTIES OR AMEND PLEADINGS**

WHEREAS, the Court's July 3, 2007 Scheduling Order sets a deadline of December 19, 2007 to file motions "to join other parties and/or to amend the pleadings," and

WHEREAS, on December 6, 2007, Defendant, Saint-Gobain Ceramics & Plastics, Inc. ("Saint-Gobain") filed a motion to dismiss (D.I. 66) the complaint filed by Plaintiff Siemens Medical Solutions USA, Inc. ("Siemens") for lack of standing, and

WHEREAS, on December 14, 2007, Siemens timely filed its brief in opposition (D.I. 71) to Saint-Gobain's Motion to Dismiss, and

WHEREAS, briefing on Saint-Gobain's motion to dismiss has not been completed and the parties do not expect the Court to rule on that motion prior to the current deadline to add parties and amend pleadings, and

WHEREAS, the parties have conferred and agreed on an amended case schedule in which the deadline to file motions to add other parties and amend pleadings would be extended, subject to the Court's approval,

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel, subject to the approval of the Court, that the Court's July 3, 2007 Scheduling Order be amended such that the original deadline of December 19, 2007 to file

RLF1-3209346-1

motions "to join other parties and/or to amend the pleadings" be extended to a date ten (10) days following the Court's entry of a ruling on Saint-Gobain's motion to dismiss.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ Jack B. Blumenfeld | /s Kelly E. Farnan |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiff*<br>  *Siemens Medical Solutions USA, Inc.*<br><br>December 19, 2007 | Jesse A. Finkelstein (#1090)<br>Jeffrey L. Moyer (#3309)<br>Kelly E. Farnan (#4395)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>finkelstein@rlf.com<br>moyer@rlf.com<br>farnan@rlf.com<br><br>*Attorneys for Defendant*<br>  *Saint-Gobain Ceramics & Plastics, Inc.*<br><br>December 19, 2007 |

SO ORDERED this _____ day of December 2007.

_____
United States District Judge