IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., <br>     Plaintiff/ Counterclaim-Defendant, <br><br> v. <br><br> SAINT-GOBAIN CERAMICS & PLASTICS, INC., <br>     Defendant/Counterclaim- Plaintiff. | ) ) ) ) ) ) C.A. No. 07-190-SLR ) ) ) ) JURY TRIAL DEMANDED ) ) |

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Defendant Saint-Gobain Ceramics & Plastics, Inc. ("Saint-Gobain") hereby respectfully requests oral argument on its Motion to Dismiss for Lack of Standing (D.I. 66). The briefing on the Motion (D.I. Nos. 66, 71 and 74) was completed on December 21, 2007.

OF COUNSEL

Frederick L. Whitmer
John C. Ohman
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000

Dated: December 21, 2007

/s/ Kelly E. Farnan
Jesse A. Finkelstein (#1090)
Finkelstein@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant/Counterclaim-Plaintiff Saint-Gobain Ceramics & Plastics, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

**BY E-MAIL AND HAND DELIVERY**

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19899

I hereby certify that on December 21, 2007, the foregoing document was sent to the following non-registered participants in the manner indicted:

**BY E-MAIL AND FEDERAL EXPRESS**

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC  20005-5793

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)

RLF1-3151112-1