IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 07-190-SLR |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

**O R D E R**

At Wilmington this 8th day of January 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that plaintiff's motion for a preliminary injunction (D.I. 18) is denied.

                                                 United States District Judge