IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., <br>     Plaintiff/ Counterclaim- Defendant, <br><br> v. <br><br> SAINT-GOBAIN CERAMICS & PLASTICS, INC., <br>     Defendant/Counterclaim- Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 07-190-SLR <br><br> JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendant Saint-Gobain Ceramics & Plastics, Inc., will take the deposition by oral examination of **Dr. Bernard Bendriem, PhD**, Vice President PET Research and Development, Siemans Medical Solutions Molecular Imaging Group, 810 Innovation Drive Knoxville, Tennessee and formerly head of engineering at CTI PET Systems, Inc. The deposition will commence on March 12, 2008, at 9 AM, and will continue from day to day until complete, at the offices of Thelen Reid Brown Raysman & Steiner LLP, 875 Third Avenue, New York, New York 10022, or at such other mutually agreeable time and location. The deposition will be taken before an officer authorized by the laws of the United States to administer oaths and will be recorded by stenographic and videographic means. The deposition will be conducted in accordance with this Court's Scheduling Order dated August 3, 2007. You are invited to attend.

OF COUNSEL

Frederick L. Whitmer
John C. Ohman
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000

*Kelly E. Farnan* (signature)

Jesse A. Finkelstein (#1090)
Finkelstein@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant/Counterclaim-Plaintiff Saint-Gobain Ceramics & Plastics, Inc.*

Dated: February 8, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

BY E-MAIL AND HAND DELIVERY

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

I hereby certify that on February 8, 2008, the foregoing document was sent to the following non-registered participants in the manner indicted:

BY E-MAIL

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005-5793

*Kelly E. Jarnan*
Kelly E. Farnan (#4395)

RLF1-3151112-1