**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-190 (SLR) |
| ) | |
| SAINT-GOBAIN CERAMICS & PLASTICS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of 1) Plaintiff's Second Set of Interrogatories to Defendant; and 2) Plaintiff's Second Set of Requests for Admission to Defendant were caused to be served on February 12, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire | *VIA ELECTRONIC MAIL* |
| RICHARDS, LAYTON & FINGER, P.A. | *AND HAND DELIVERY* |
| One Rodney Square | |
| Wilmington, DE 19801 | |
| | |
| Frederick L. Whitmer, Esquire | *VIA ELECTRONIC MAIL* |
| THELEN REID BROWN RAYSMAN & STEINER LLP | *AND FIRST CLASS MAIL* |
| 875 Third Avenue | |
| New York, NY 1002 | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika (#3208)*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mnoreika@mnat.com

*Attorneys for Plaintiff
  Siemens Medical Solutions USA, Inc.*

*Of Counsel*:

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

Dated: February 12, 2008
849587

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 12, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on February 12, 2008 upon the following in the manner indicated:

### BY ELECTRONIC MAIL and HAND DELIVERY

>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>One Rodney Square
>Wilmington, DE  19801

### BY ELECTRONIC MAIL and FIRST CLASS MAIL

>Frederick L. Whitmer, Esquire
>THELEN REID BROWN RAYSMAN & STEINER LLP
>875 Third Avenue
>New York, NY  10022

*/s/ Maryellen Noreika (#3208)*

Maryellen Noreika (#3208)