IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) | |
| Plaintiff/ Counterclaim-Defendant, | ) ) | C.A. No. 07-190-SLR |
| v. | ) ) | |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) | JURY TRIAL DEMANDED |
| Defendant/Counterclaim-Plaintiff. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 13, 2008 Defendant's First Set of Interrogatories were served upon the following counsel of record at the addresses and in the manner indicated:

**BY E-MAIL and HAND DELIVERY**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

**BY E-MAIL**
Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005-5793

*Kelly E. Farnan* (signature)
Jesse A. Finkelstein (#1090)
Finkelstein@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant/ Counterclaim-Plaintiff
Saint-Gobain Ceramics & Plastics, Inc.*

OF COUNSEL:

Frederick L. Whitmer
John C. Ohman
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, NY 10022
(212) 603-2000

Dated: February 13, 2008

RLF1-3174502-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

**BY E-MAIL AND HAND DELIVERY**

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19899

I hereby certify that on February 13, 2008, the foregoing document was sent to the following non-registered participants in the manner indicted:

**BY E-MAIL**

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC  20005-5793

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)

RLF1-3151112-1