# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-190 (SLR) |
| | ) |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) Notice of Continuation of Deposition of Michael Mayhugh; 2) Notice of Deposition of Dominique Rothan; 3) Notice of Deposition of Thomas Kinisky; 4) Notice of Deposition of David Krus; 5) Notice of Deposition of Eric Virey; and 6) Notice of Deposition of Bruno Aleonard were caused to be served on February 15, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*AND HAND DELIVERY* |
| | |
| Frederick L. Whitmer, Esquire<br>THELEN REID BROWN RAYSMAN & STEINER LLP<br>875 Third Avenue<br>New York, NY 1002 | *VIA ELECTRONIC MAIL* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*
  *Siemens Medical Solutions USA, Inc.*

*Of Counsel*:

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

February 15, 2008
849587

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on February 15, 2008 upon the following in the manner indicated:

>**BY ELECTRONIC MAIL and HAND DELIVERY**
>
>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>One Rodney Square
>Wilmington, DE 19801
>
>**BY ELECTRONIC MAIL**
>
>Frederick L. Whitmer, Esquire
>THELEN REID BROWN RAYSMAN & STEINER LLP
>875 Third Avenue
>New York, NY 10022

_____
Maryellen Noreika (#3208)