IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS, USA INC., <br><br> Plaintiff, <br><br> v. <br><br> SAINT-GOBAIN CERAMICS & PLASTIC INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civ. No. 07-190-SLR ) ) ) ) ) ) |

## O R D E R

At Wilmington this 21st day of February, 2008,

IT IS ORDERED that oral argument shall be conducted on **Friday, March 7, 2008** on the pending motion to dismiss (D.I. 66), commencing at **1:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each side shall have twenty (20) minutes to present argument.

United States District Judge