IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-190 (SLR) |
| | ) |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Siemens Medical Solutions USA, Inc.'s Responses to Defendant's First Set of Requests for Admission* were caused to be served on February 27, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire | *VIA ELECTRONIC MAIL* |
| RICHARDS, LAYTON & FINGER, P.A. | *AND FEDERAL EXPRESS* |
| One Rodney Square | |
| Wilmington, DE 19801 | |
| | |
| Frederick L. Whitmer, Esquire | *VIA ELECTRONIC MAIL* |
| THELEN REID BROWN RAYSMAN & STEINER LLP | *AND FEDERAL EXPRESS* |
| 875 Third Avenue | |
| New York, NY 1002 | |

                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                */s/ Maryellen Noreika (#3208)*

                                                Jack B. Blumenfeld (#1014)
                                                Maryellen Noreika (#3208)
                                                1201 North Market Street
                                                P.O. Box 1347
                                                Wilmington, DE  19899
                                                (302) 658-9200
                                                jblumenfeld@mnat.com
                                                mnoreika@mnat.com

                                                *Attorneys for Plaintiff*
                                                  *Siemens Medical Solutions USA, Inc.*

*Of Counsel*:

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

Dated:  February 27, 2008
849587

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 27, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on February 27, 2008 upon the following in the manner indicated:

### **BY ELECTRONIC MAIL**

Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801

### **BY ELECTRONIC MAIL**

Frederick L. Whitmer, Esquire
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, NY  10022

*/s/ Maryellen Noreika (#3208)*
_____
Maryellen Noreika (#3208)