IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-190 (SLR) |
| | ) |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Siemens Medical Solutions USA, Inc.'s Objections to Defendant's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)* were caused to be served on March 12, 2008 upon the following in the manner indicated:

Kelly E. Farnan, Esquire                                          *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.                  *AND FEDERAL EXPRESS*
One Rodney Square
Wilmington, DE  19801

Frederick L. Whitmer, Esquire                                *VIA ELECTRONIC MAIL*
THELEN REID BROWN RAYSMAN & STEINER LLP    *AND FEDERAL EXPRESS*
875 Third Avenue
New York, NY  1002

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Maryellen Noreika*
        _____
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        jblumenfeld@mnat.com
        mnoreika@mnat.com

        *Attorneys for Plaintiff*
          *Siemens Medical Solutions USA, Inc.*

*Of Counsel*:

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

Dated: March 13, 2008
849587

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 13, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Kelly E. Farnan, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on March 13, 2008 upon the following in the manner indicated:

### BY ELECTRONIC MAIL

Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801

### BY ELECTRONIC MAIL

Frederick L. Whitmer, Esquire
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, NY  10022

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)