IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 07-190 (SLR) |
| v. | ) ) | |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER**

WHEREAS, pursuant to the Court's March 7, 2008 Order (D.I.98), "plaintiff may join [Schlumberger Technology Corporation ("STC")] as a plaintiff on or before March 17, 2008" and "[f]ailure to do so will result in dismissal of the case";

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the Court's March 7, 2008 Order is amended such that plaintiff may file an amended complaint by March 24, 2008 that either adds Schlumberger Technology Corporation (STC) as a plaintiff or attaches an assignment of STC's rights in U.S. Patent No. 4,958,080 to plaintiff.  Failure to do so will result in dismissal of the case.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Maryellen Noreika (#3208)* | */s/ Kelly E. Farnan (#4395)* |
| Jack B. Blumenfeld (#1014) | Jesse A. Finkelstein (#1090) |
| Maryellen Noreika (#3208) | Jeffrey L. Moyer (#3309) |
| 1201 North Market Street | Kelly E. Farnan (#4395) |
| Wilmington, DE 19899 | One Rodney Square |
| (302) 658-9200 | Wilmington, DE  19899 |
| jblumenfeld@mnat.com | (302) 651-7700 |
| mnoreika@mnat.com | finkelstein@rlf.com |
| | moyer@rlf.com |
| *Attorneys for Plaintiff* | farnan@rlf.com |
| *Siemens Medical Solutions USA, Inc.* | |
| | *Attorneys for Defendant* |
| | *Saint-Gobain Ceramics & Plastics, Inc.* |

SO ORDERED this _____ day of March 2008.

_____
United States District Judge