IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-190 (SLR) |
| | ) |
| SAINT-GOBAIN CERAMICS & PLASTICS, | ) |
| INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Siemens Medical Solutions USA, Inc.'s Response to Defendant's First Set of Interrogatories* were caused to be served on March 14, 2008 upon the following in the manner indicated:

Kelly E. Farnan, Esquire                                  *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.              *AND FEDERAL EXPRESS*
One Rodney Square
Wilmington, DE 19801

Frederick L. Whitmer, Esquire                          *VIA ELECTRONIC MAIL*
THELEN REID BROWN RAYSMAN & STEINER LLP     *AND FEDERAL EXPRESS*
875 Third Avenue
New York, NY 1002

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*
*Siemens Medical Solutions USA, Inc.*

*Of Counsel*:

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

Dated: March 17, 2008
849587

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on March 17, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY**

Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Frederick L. Whitmer, Esquire
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, NY 10022

Jack B. Blumenfeld (#1014)