IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAINT-GOBAIN CERAMICS & PLASTICS, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 07-190 (SLR) ) ) ) ) ) ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Savaria B. Harris, Esquire of Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, DC 20005, to represent Plaintiff Siemens Medical Solutions USA, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*
  *Siemens Medical Solutions USA, Inc.*

March 25, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Savaria B. Harris is granted.

Dated: _____        _____
                                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fees of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 25, 2008

Savaria B. Harris
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 2005
(202) 879-5000

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 25 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on March 25, 2008 upon the following in the manner indicated:

>**BY ELECTRONIC MAIL**
>**and HAND DELIVERY**
>
>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>One Rodney Square
>Wilmington, DE 19801
>
>**BY ELECTRONIC MAIL**
>
>Frederick L. Whitmer, Esquire
>THELEN REID BROWN RAYSMAN & STEINER LLP
>875 Third Avenue
>New York, NY 10022

_____
Maryellen Noreika (#3208)