IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-190 (SLR) |
| | ) |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Second Amended Notice of Deposition of Thomas Kinisky* and (ii) *Second Amended Notice of Deposition of Bruno Aleonard* were caused to be served on March 25, 2008 upon the following in the manner indicated:

Kelly E. Farnan, Esquire                                                                                  *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801

Frederick L. Whitmer, Esquire                                                                        *VIA ELECTRONIC MAIL*
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, NY  1002

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Maryellen Noreika (#3208)*
                Jack B. Blumenfeld (#1014)
                Maryellen Noreika (#3208)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE  19899
                (302) 658-9200
                jblumenfeld@mnat.com
                mnoreika@mnat.com

                *Attorneys for Plaintiff*
                 *Siemens Medical Solutions USA, Inc.*

*Of Counsel*:

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

Dated: March 25, 2008
849587

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 25 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Kelly E. Farnan, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on March 25, 2008 upon the following in the manner indicated:

> **BY ELECTRONIC MAIL**
> **and HAND DELIVERY**
>
> Kelly E. Farnan, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> Wilmington, DE  19801
>
> **BY ELECTRONIC MAIL**
>
> Frederick L. Whitmer, Esquire
> THELEN REID BROWN RAYSMAN & STEINER LLP
> 875 Third Avenue
> New York, NY  10022

*/s/ Maryellen Noreika (#3208)*
Maryellen Noreika (#3208)