IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., <br>     Plaintiff/ Counterclaim-Defendant, <br><br> v. <br><br> SAINT-GOBAIN CERAMICS & PLASTICS, INC., <br>     Defendant/Counterclaim-Plaintiff. | ) <br> ) <br> ) <br> )    C.A. No. 07-190-SLR <br> ) <br> ) <br> )    JURY TRIAL DEMANDED <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 7, 2008 that copies of Defendant's Second Supplemental Responses And Objections To Plaintiff's Second Set Of Interrogatories were served upon the following counsel of record at the addresses and in the manner indicated:

**BY E-MAIL and HAND DELIVERY**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

**BY E-MAIL and FEDERAL EXPRESS**
Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005-5793

_____
Jesse A. Finkelstein (#1090)
Finkelstein@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant/ Counterclaim-Plaintiff
Saint-Gobain Ceramics & Plastics, Inc.*

OF COUNSEL:

Frederick L. Whitmer
John C. Ohman
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, NY 10022
(212) 603-2000

Dated: April 7, 2008

RLF1-3174502-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

BY E-MAIL AND HAND DELIVERY

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

I hereby certify that on April 7, 2008, the foregoing document was sent to the following non-registered participants in the manner indicted:

BY E-MAIL and FEDERAL EXPRESS

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005-5793

_____
Jeffrey L. Moyer (#33095)