IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA INC. and SCHLUMBERGER TECHNOLOGY CORPORATION,  )<br>)<br>)<br>) | |
| Plaintiffs,  ) | |
| v.  ) | Civ. No. 07-190-SLR |
| )<br>SAINT-GOBAIN CERAMICS & ) <br>PLASTICS INC.,  )<br>) | |
| Defendant.  ) | |

**O R D E R**

At Wilmington this 22nd day of April, 2008,

IT IS HEREBY ORDERED that the oral argument originally scheduled for July 18, 2008 at 9:30 a.m. is hereby rescheduled to **Friday July, 18, 2008** at **8:30 a.m.** Counsel for plaintiff shall coordinate and initiate this call.

United States District Judge