# EXHIBIT A

## Exhibit A

## Joint Claim Construction Chart

| Term or Phrase | Agreed Construction |
|---|---|
| gamma ray | Radiation having wavelengths of between approximately 0.00001 nm and 0.01 nanometers. |
| x-ray | Radiation having wavelengths of between approximately 0.01 to 100 nanometers. |
| scintillator | A transparent single crystal that responds to radiation by emitting observable light. |
| transparent | Permits passage of observable light. |
| single crystal | Any solid object in which an orderly three-dimensional arrangement of the atoms, ions, or molecules is substantially repeated. |
| photodetector | A device that produces an electrical signal in response to received light. |
| optically coupled | Connected, either directly or indirectly, through a suitable light path. |