IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-190 (SLR) |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) | |
| Defendant. | ) | |

**SIEMENS' MOTION FOR SUMMARY JUDGMENT ON
SAINT-GOBAIN'S AFFIRMATIVE DEFENSES AND MOTION TO
STRIKE SAINT-GOBAIN'S FOURTH AFFIRMATIVE DEFENSE**

Pursuant to Fed. R. Civ. P. 26, 37, and 56, plaintiff Siemens Medical Solutions USA, Inc. ("Siemens") hereby moves the Court for an Order striking Saint-Gobain's Fourth Affirmative Defense and granting summary judgment to Siemens that there is no dispute of material fact and that Siemens' is entitled to judgment as a matter of law on each of Saint-Gobain's third, fourth, and fifth affirmative defenses. The grounds for this motion are set forth in Siemens' Brief in Support of its Motion for Summary Judgment on Saint-Gobain's Affirmative Defenses and Its Motion to Strike Saint-Gobain's Fourth Affirmative Defense and the Declaration of Gregg F. LoCascio, P.C., submitted herewith.

2

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiff*
*Siemens Medical Solutions USA, Inc.*

*Of Counsel*:
Gregg F. LoCascio, P.C.
Charanjit Brahma
Sean M. McEldowney
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Suite 1200
Washington, D.C.  20005
(202) 879-5000

May 9, 2008
2322701

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 9, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on May 9, 2008 upon the following in the manner indicated:

### BY HAND DELIVERY AND ELECTRONIC MAIL

Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801

### BY ELECTRONIC MAIL

Frederick L. Whitmer, Esquire
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, NY  10022

*/s/ Maryellen Noreika*
Maryellen Noreika (#3208)