IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-190 (SLR) |
| | ) |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Siemens Medical Solutions USA, Inc.'s Notice of Deposition of Philips Medical Systems (Cleveland), Inc. Pursuant to Rule 30(b)(6)* was caused to be served on May 23, 2008 upon the following in the manner indicated:

Kelly E. Farnan, Esquire                                              *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

Frederick L. Whitmer, Esquire                                         *VIA ELECTRONIC MAIL*
John Ohman, Esquire
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, NY 1002


        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiff*
  *Siemens Medical Solutions USA, Inc.*

*Of Counsel*:

Gregg F. LoCascio
Charanjit Brahma
Savaria B. Harris
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

May 23, 2008
849587.1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 23, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on May 23, 2008 upon the following in the manner indicated:

### VIA ELECTRONIC MAIL

>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>One Rodney Square
>Wilmington, DE 19801
>
>Frederick L. Whitmer, Esquire
>THELEN REID BROWN RAYSMAN & STEINER LLP
>875 Third Avenue
>New York, NY 10022

_____
Maryellen Noreika (#3208)