IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 07-190-SLR |
| v. | ) ) | |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION TO AMEND SCHEDULING ORDER

WHEREAS, the Court entered a Scheduling Order on July 2, 2007 (D.I. 15) and approved an Amended Scheduling Order on March 31, 2008 (D.I. 106);

WHEREAS, Defendant Saint-Gobain Ceramics & Plastics, Inc. ("Saint-Gobain") has requested a short extension to respond to the summary judgment motion filed by Siemens Medical Solutions USA, Inc. ("Siemens") on May 9, 2008 (D.I. 120) and a short extension to the deadline for submitting rebuttal expert reports; and

WHEREAS, Siemens has indicated it does not oppose the extensions requested by Saint-Gobain provided it is provided additional time for its reply brief on summary judgment and that the dates for the summary judgment hearing, pre-trial conference and trial are not altered;

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel that the Scheduling Order (D.I. 15) and Amended Scheduling Order (D.I. 106) shall be modified as follows:

1. With respect to Siemens' Motion for Summary Judgment on Saint-Gobain's Affirmative Defenses and Motion to Strike Saint-Gobain's Fourth Affirmative Defense (D.I. 120), Saint-Gobain shall file its Answering Brief on or before Friday, May 30, 2008 and Siemens shall file its Reply Brief on or before June 11, 2008.

RLF1-3286599-1

2. Depositions of experts shall be completed on liability issues by June 13, 2008 and on damages issues by June 20, 2008.

(a) Saint-Gobain shall have until May 30, 2008 to serve its rebuttal expert reports on liability issues and shall have until June 6, 2008 to serve its rebuttal expert report on damages issues.

(b) Any Daubert motions shall be filed on or before June 20, 2008. Answering briefs on Daubert motions shall be filed on or before July 3, 2008. Reply Briefs on Daubert motions shall be filed on or before July 11, 2008.

3. All other dates in the Court's July 2, 2007 Scheduling Order (D.I. 15) and the March 31, 2008 Amended Scheduling Order (D.I. 106) shall remain in effect.

| | |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Kelly E. Farnan |
| Jack B. Blumenfeld (#1014) | Jesse A. Finkelstein (#1090) |
| jblumenfeld@mnat.com | Finkelstein@rlf.com |
| Maryellen Noreika (#3208) | Jeffrey L. Moyer (#3309) |
| mnoreika@mnat.com | Moyer@rlf.com |
| Morris, Nichols, Arsht & Tunnell LLP | Kelly E. Farnan (#4395) |
| 1201 North Market Street | Farnan@rlf.com |
| P.O. Box 1347 | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19899 | One Rodney Square, P.O. Box 551 |
| (302) 658-9200 | Wilmington, DE 19899 |
| | (302) 651-7700 |
| Attorneys for Plaintiff Siemens Medical Solutions USA, Inc. | Attorneys for Defendant Saint-Gobain Ceramics & Plastics, Inc. |
| Dated: May 27, 2008 | Dated: May 27, 2008 |

SO ORDERED this _____ day of May, 2008.

_____
United States District Judge