IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAINT-GOBAIN CERAMICS & PLASTICS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-190 (SLR) <br><br> **REDACTED –** <br> **PUBLIC VERSION** |

**DECLARATION OF MICHAEL A. PEARSON, JR. IN SUPPORT OF
SIEMENS' REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT ON SAINT-GOBAIN'S AFFIRMATIVE DEFENSES AND
MOTION TO STRIKE SAINT-GOBAIN'S FOURTH AFFIRMATIVE DEFENSE**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*
 *Siemens Medical Solutions USA, Inc.*

OF COUNSEL:

Gregg F. LoCascio
Charanjit Brahma
Sean M. McEldowney
Michael A. Pearson, Jr.
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

Original Filing Date: June 11, 2008
Redacted Filing Date: June 17, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAINT-GOBAIN CERAMICS & PLASTICS, INC., <br><br> Defendant. | Civil Action No. 07-190 SLR <br><br> **FILED UNDER SEAL** |

## DECLARATION OF MICHAEL A. PEARSON, JR.

I, Michael A. Pearson, Jr., hereby declare:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, which represents Siemens Medical Solutions USA, Inc., in the above-captioned matter.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the deposition of Douglas McKnight, taken in Middleburg Heights, Ohio on June 2, 2008.

3. Attached as Exhibit 2 is a true and correct copy of the document bearing bates numbers PH1171-72 produced by Philips Medical Systems (Cleveland), Inc. pursuant to subpoena in this litigation.

4. Attached as Exhibit 3 is a true and correct copy of the document bearing bates numbers PH1173-74 produced by Philips Medical Systems (Cleveland), Inc. pursuant to subpoena in this litigation.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition of Thomas Field taken in New York, New York on April 9, 2008.

6. Attached as Exhibit 5 is a true and correct copy of excerpts of the deposition of Dominique Rothan taken in New York, New York on April 22, 2008.

7.  Attached as Exhibit 6 is a true and correct copy of the document bearing bates numbers SGCP092251-53 produced by Saint-Gobain in this litigation.

I hereby declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my personal knowledge.

Date: June 11, 2008

_____
Michael A. Pearson, Jr.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 17, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Kelly E. Farnan, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on June 17, 2008, upon the following in the manner indicated:

### VIA ELECTRONIC MAIL AND HAND DELIVERY

Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19801

### VIA ELECTRONIC MAIL

Frederick L. Whitmer, Esquire
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, NY 10022

/s/ Maryellen Noreika
_____
Maryellen Noreika (#3208)

# EXHIBIT 1

# REDACTED IN ITS ENTIRETY

# EXHIBIT 2

REDACTED IN ITS ENTIRETY

# EXHIBIT 3

# REDACTED IN ITS ENTIRETY

# EXHIBIT 4

# REDACTED IN ITS ENTIRETY

# EXHIBIT 5

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 6

# REDACTED IN ITS ENTIRETY