IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) |
| Plaintiff, | ) ) C.A. No. 07-190 (SLR) |
| v. | ) ) |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) |
| Defendant. | ) ) |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time for filing Daubert motions is extended until June 25, 2008. The dates for answering and reply briefs shall remain as set forth in D.I. 127.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

---
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*
  *Siemens Medical Solutions USA, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Kelly E. Farnan*

---
Jesse A. Finkelstein (#1090)
Jeffrey L. Moyer (#3309)
Kelly E. Farnan (#4395)
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
finkelstein@rlf.com
moyer@rlf.com
farnan@rlf.com

*Attorneys for Defendant*
  *Saint-Gobain Ceramics & Plastics, Inc.*

SO ORDERED this _____ day of June 2008.

---
United States District Judge

2374497