IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-190 (SLR) |
| | ) |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Amended Notice of Deposition of Leon Radomsky, Esq.* were caused to be served on July 28, 2008 upon the following in the manner indicated:

Kelly E. Farnan, Esquire                                        *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19801

Frederick L. Whitmer, Esquire                                   *VIA ELECTRONIC MAIL*
John Ohman, Esquire
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, NY  1002

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Maryellen Noreika*

                              Jack B. Blumenfeld (#1014)
                              Maryellen Noreika (#3208)
                              1201 North Market Street
                              P.O. Box 1347
                              Wilmington, DE  19899
                              (302) 658-9200
                              jblumenfeld@mnat.com
                              mnoreika@mnat.com
                              *Attorneys for Plaintiff*
                                  *Siemens Medical Solutions USA, Inc.*

*Of Counsel*:

Gregg F. LoCascio
Charanjit Brahma
Savaria B. Harris
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

July 28, 2008
849587.1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Kelly E. Farnan, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on July 28, 2008, upon the following in the manner indicated:

> **VIA ELECTRONIC MAIL**
>
> Kelly E. Farnan, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> Wilmington, DE 19801
>
> **VIA ELECTRONIC MAIL**
>
> Frederick L. Whitmer, Esquire
> THELEN REID BROWN RAYSMAN & STEINER LLP
> 875 Third Avenue
> New York, NY 10022

_____
Maryellen Noreika (#3208)