IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) | |
| Plaintiff, | ) | C.A. No. 07-190-SLR |
| v. | ) ) | |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION REGARDING AFFIRMATIVE DEFENSES**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, and subject to the approval of the Court, that Defendant Saint-Gobain Ceramics & Plastics, Inc.'s affirmative defenses of laches, waiver, equitable estoppel and failure to mark are hereby dismissed with prejudice with each party to bear its own attorneys' fees and costs.

  /s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Maryellen Noreika (#3208)
mnoreika@mnat.com
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Plaintiff Siemens Medical Solutions USA, Inc.*

  /s/ Kelly E. Farnan
Jesse A. Finkelstein (#1090)
Finkelstein@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant Saint-Gobain Ceramics & Plastics, Inc.*

Dated: August 11, 2008

Dated: August 11, 2008

IT IS SO ORDERED this _____ day of August, 2008.

_____
United States District Judge