IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 07-190-SLR |
| v. | ) ) | |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) ) | |
| Defendant. | ) | |

**STIPULATION TO AMEND SCHEDULING ORDER**

WHEREAS, pursuant to the Local Rules, the Joint Pre-Trial Order is due to be filed on August 21, 2008;

WHEREAS, pursuant to the Local Rules, the proposed jury instructions and voir dire are due to be filed on Monday, August 25, 2008;

WHEREAS, counsel for Saint-Gobain is currently lead counsel in another trial in St. Louis, Missouri and has been unavailable to meet and confer; and

WHEREAS, the parties believe they can further narrow the issues with a further meet and confer on both the Pre-Trial Order, jury instructions, voir dire and verdict form;

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, and subject to the approval of the Court, that:

1. The Joint Pre-Trial Order shall be filed on or before Monday, August 25, 2008.

2. The proposed jury instructions, voir dire and verdict form shall be filed on or before Wednesday, August 27, 2008.

RLF1-3314637-1

| /s/ Jack B. Blumenfeld | /s/ Kelly E. Farnan |
|---|---|
| Jack B. Blumenfeld (#1014) | Jesse A. Finkelstein (#1090) |
| jblumenfeld@mnat.com | Finkelstein@rlf.com |
| Maryellen Noreika (#3208) | Jeffrey L. Moyer (#3309) |
| mnoreika@mnat.com | Moyer@rlf.com |
| Morris, Nichols, Arsht & Tunnell LLP | Kelly E. Farnan (#4395) |
| 1201 North Market Street | Farnan@rlf.com |
| P.O. Box 1347 | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19899 | One Rodney Square, P.O. Box 551 |
| (302) 658-9200 | Wilmington, DE 19899 |
|  | (302) 651-7700 |
| Attorneys for Plaintiff Siemens Medical Solutions USA, Inc. | Attorneys for Defendant Saint-Gobain Ceramics & Plastics, Inc. |
| Dated: August 21, 2008 | Dated: August 21, 2008 |

SO ORDERED this _____ day of August, 2008.

_____
United States District Judge