IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-190 (SLR) |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | ) ) ) | |
| Defendant. | ) | |

## JOINT PROPOSED VERDICT SHEET

Pursuant to D. Del. L.R. 51.1(c), the parties jointly submit the attached agreed-upon Proposed Verdict Sheet, in triplicate. This document is also being submitted on disk in WordPerfect format.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| Jack B. Blumenfeld (#1014) | Jesse A. Finkelstein (#1090) |
| Maryellen Noreika (#3208) | Jeffrey L. Moyer (#3309) |
| 1201 North Market Street | Kelly E. Farnan (#4395) |
| Wilmington, DE 19899 | One Rodney Square |
| (302) 658-9200 | Wilmington, DE 19899 |
| jblumenfeld@mnat.com | (302) 651-7700 |
| mnoreika@mnat.com | finkelstein@rlf.com |
| | moyer@rlf.com |
| *Attorneys for Plaintiff* | farnan@rlf.com |
| *Siemens Medical Solutions USA, Inc.* | |
| | *Attorneys for Defendant* |
| | *Saint-Gobain Ceramics & Plastics, Inc.* |
| OF COUNSEL: | |
| Gregg F. LoCascio, P.C. | OF COUNSEL: |
| Charanjit Brahma | Frederick L. Whitmer |
| Sean M. McEldowney | John Ohman |
| KIRKLAND & ELLIS LLP | THELEN REID BROWN RAYSMAN |
| 655 15th Street, N.W. | & STEINER LLP |
| Washington, D.C. 20005-5793 | 875 Third Avenue |
| (202) 879-5000 | New York, NY 1002 |
| | (212) 603-2000 |
| August 27, 2008 | |

1.      Do you find that Siemens has proven that Saint-Gobain has infringed either claim 1 or 2 of the '080 patent?

YES _____          NO _____

If you answered "YES" to Question 1, then you should continue on and answer Question 2 and Question 3. If you answered "NO" to Question 1, then you should not answer Question 2 or Question 3 and you should advise the Court of your verdict.

2.      What do you find to be the total amount of damages adequate to compensate Siemens for the infringement of the '080 patent.

Total damages:    $_____

3.      Do you find that Saint-Gobain's infringement was willful?

YES _____          NO _____

After you have completed these Questions, advise the Court of your verdict.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ *Maryellen Noreika* | /s/ *Kelly E. Farnan* |
| Jack B. Blumenfeld (#1014) | Jesse A. Finkelstein (#1090) |
| Maryellen Noreika (#3208) | Jeffrey L. Moyer (#3309) |
| 1201 North Market Street | Kelly E. Farnan (#4395) |
| Wilmington, DE 19899 | One Rodney Square |
| (302) 658-9200 | Wilmington, DE 19899 |
| jblumenfeld@mnat.com | (302) 651-7700 |
| mnoreika@mnat.com | finkelstein@rlf.com |
| | moyer@rlf.com |
| *Attorneys for Plaintiff* | farnan@rlf.com |
| *Siemens Medical Solutions USA, Inc.* | |
| | *Attorneys for Defendant* |
| | *Saint-Gobain Ceramics & Plastics, Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Gregg F. LoCascio, P.C. | Frederick L. Whitmer |
| Charanjit Brahma | John Ohman |
| Sean M. McEldowney | THELEN REID BROWN RAYSMAN |
| KIRKLAND & ELLIS LLP | & STEINER LLP |
| 655 15th Street, N.W. | 875 Third Avenue |
| Washington, D.C. 20005-5793 | New York, NY 1002 |
| (202) 879-5000 | (212) 603-2000 |

August 27, 2008
2466231