**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC. | : | |
| Plaintiff, | : | Civil Action No. 07-cv-190 |
| v. | : | |
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., | : | Judge Robinson |
| Defendants. | : | |

**SIEMENS' PROFFER REGARDING INVENTOR'S TESTIMONY REGARDING HIS**
**RESEARCH CONDUCTED PRIOR TO THE ONSET OF THE LITIGATION**

Siemens proffers Dr. Charles L. Melcher, inventor of the '080 patent, to testify according to his personal knowledge about his research regarding 10% Y LSO as written in a manuscript prior to the commencement of this litigation. He would testify, consistent with his manuscript, that the crystal structures of LSO and 10% Y LSO are the same, (PTX 343 at 9,) that he measured the decay times of LSO and 10% Y LSO as 41.5 +/- 1.0 ns and 41.1 +/- 1.0 ns, respectively, (PTX 343 at 8-9,) that the emission and excitation spectra of the crystals are "virtually identical," (PTX 343 at 8,) and finally his conclusion that between LSO and 10% Y LSO the "scintillation characteristics are indistinguishable." (PTX 343 at 10). Siemens not only proffers this testimony, but further proffers this unpublished article be admitted into evidence as PTX 343.

Siemens asserts this testimony and this article are relevant on their own to the equivalence issues in this case, but further asserts that counsel for Saint-Gobain has opened the door for the admission of this testimony and this article through its cross examination of Dr. Marvin Weber regarding the differences in crystal structure between LSO and 10% Y LSO, (Trial Tr. 404:4 - 405:1), the substantiality of which this article expressly refutes.

Dated:  September 22, 2008

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (I.D. No. 1014)
Maryellen Noreika (I.D. No. 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

OF COUNSEL:
Gregg F. LoCascio, P.C.
Charanjit Brahma
Sean M. McEldowney
Michael A. Pearson, Jr.
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, DC 20005
Telephone:    (202) 879-5000
Facsimile:     (202) 879-5200

*Attorneys for Plaintiff*
*SIEMENS MEDICAL SOLUTIONS USA, INC.*

2500094

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 22, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Kelly E. Farnan, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on September 22, 2008, upon the following in the manner indicated:

### VIA ELECTRONIC MAIL

> Kelly E. Farnan, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> Wilmington, DE 19801
>
> Frederick L. Whitmer, Esquire
> THELEN REID BROWN RAYSMAN & STEINER LLP
> 875 Third Avenue
> New York, NY 10022

Jack B. Blumenfeld (#1014)