IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS, USA, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-190-SLR ) |
| SAINT-GOBAIN CERAMICS & PLASTICS, | ) ) ) ) |
| Defendant. | ) |

**VERDICT FORM**

We, the jury in the above-entitled action, unanimously find the following verdict on the questions submitted to us:

1. Do you find that Siemens has proven, by a preponderance of the evidence, that Saint-Gobain has infringed either claim 1 or 2 of the '080 patent?

YES ✓         NO ____

If you answered "YES" to Question 1, then you should continue on and answer Question 2 and Question 3. If you answered "NO" to Question 1, then you should not answer Question 2 or Question 3 and you should advise the Court of your verdict.

2. What do you find to be the total amount of damages adequate to compensate Siemens for the infringement of the '080 patent?

Total damages: $ 52.3 M

3. Do you find that Siemens has proven, by clear and convincing evidence, that Saint-Gobain's infringement was willful?

        YES _____     NO ✓