IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SIEMENS MEDICAL SOLUTIONS )
USA INC., )
)
      Plaintiff, )
)
      v. ) Civ. No. 07-190-SLR
)
SAINT-GOBAIN CERAMICS & )
PLASTICS INC., )
)
      Defendant. )

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the jury verdict of September 25, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Siemens Medical Solutions USA Inc. and against defendant Saint-Gobain Ceramics & Plastics Inc.

_____
United States District Judge

Dated: 10/2/08

_____
(By) Deputy Clerk